IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02158-BNB

VICTOR DOMINGO-GOMEZ,

    Applicant,

v.

WARDEN ARELLANO, Arkansas Valley Correctional Facility,

    Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 29 2008

GREGORY C. LANGHAM
CLERK

---

ORDER DIRECTING APPLICANT TO FILE AMENDED APPLICATION

---

Applicant, Victor Domingo-Gomez, is a prisoner in the custody of the Colorado Department of Corrections at the Arkansas Valley Correctional Facility in Crowley, Colorado. Mr. Domingo-Gomez initiated this action by filing a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action. He failed, however, to submit a Court-approved form that states the claims he seeks to raise. The Court, therefore, on October 12, 2007, entered an order instructing the Clerk of the Court to send the forms that are used to file both a 28 U.S.C. § 2241 action and a 28 U.S.C. § 2254 action. On November 2, 2007, Applicant filed his claims on a Court-approved form used in filing § 2241 actions.

The Court must construe the Application liberally because Mr. Domingo-Gomez is a *pro se* litigant. See *Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not act as a

*pro se* litigant's advocate. **See Hall**, 935 F.2d at 1110. For the reasons stated below, Mr. Domingo-Gomez will be ordered to file an Amended Application.

The Court has reviewed the Application and finds that it is deficient. First, the Application must be asserted pursuant to § 2254 because Mr. Domingo-Gomez is challenging the validity, and not the execution, of his sentence. In addition, because Mr. Domingo-Gomez has not used the proper form for a habeas corpus application pursuant to § 2254, the Court lacks the necessary information to determine whether the Application is timely filed and whether Mr. Domingo-Gomez has exhausted state-court remedies. Therefore, Mr. Domingo-Gomez will be directed to file an Amended Application on the proper form and to provide all of the requested information on the form.

Mr. Domingo-Gomez is reminded that he must allege specific facts in support of his claims to demonstrate that his federal constitutional rights have been violated. Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts requires that Mr. Domingo-Gomez go beyond notice pleading. **See Blackledge v. Allison**, 431 U.S. 63, 75 n.7 (1977). He must allege specific facts to support each asserted claim. Naked allegations of constitutional violations are not cognizable under 28 U.S.C. § 2254. **See Ruark v. Gunter**, 958 F.2d 318, 319 (10th Cir. 1992) (per curiam). Accordingly, it is

ORDERED that Mr. Domingo-Gomez file **within thirty days from the date of this Order** an Amended Application that complies with the Order. It is

FURTHER ORDERED that the Clerk of the Court mail to Mr. Domingo-Gomez, together with a copy of this Order, two copies of the following form: Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254. It is

FURTHER ORDERED that if Mr. Domingo-Gomez fails within the time allowed to file an Amended Application as directed, the action will be dismissed without further notice.

DATED January 29, 2008, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-02158-BNB

Victor Domingo Gomez
Prisoner No. 114554
Arkansas Valley Corr. Facility
PO Box 1000 - 4-A
Crowley, CO 81034

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254** to the above-named individuals on 01/29/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk