IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02158-BNB

VICTOR DOMINGO-GOMEZ,

Applicant,

v.

WARDEN ARELLANO, Arkansas Valley Correctional Facility,

Respondent.

## ORDER OF DISMISSAL

Applicant Victor Domingo-Gomez is in the custody of the Colorado Department of Corrections and currently is incarcerated at the Arkansas Valley Correctional Facility in Crowley, Colorado. On November 2, 2007, Mr. Domingo-Gomez filed a *pro se* Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. Upon review of the merits of the Application, Magistrate Judge Boyd N. Boland entered an order, on January 29, 2008, directing Applicant to file an Amended Application. Applicant specifically was instructed that because he is challenging the validity of his sentence and not the execution of his sentence he is required to file his claims on a Court-approved form used in filing 28 U.S.C. § 2254 actions. The Court further informed Applicant that unless he provides the information requested on the § 2254 Court-

approved form the Court is unable to determine whether the Application is timely and whether he has exhausted his state-court remedies.

Upon review of the Application, the Court finds that Magistrate Judge Boland correctly determined that Applicant should amend the Application by submitting a § 2254 Court-approved form. Applicant now has failed to communicate with the Court, and as a result he has failed to comply with Magistrate Judge Boland's January 29, 2008, Order within the time allowed. Therefore the Application will be dismissed. Accordingly, it is

ORDERED that the Application is denied and the action is dismissed without prejudice for failure to file an Amended Application and for failure to prosecute.

DATED at Denver, Colorado, this 20 day of March, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 07-cv-02158-BNB

Victor Domingo-Gomez
Prisoner No. 114554
Arkansas Valley Corr. Facility
PO Box 1000 - 4-A
Crowley, CO 81034

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 3/21/08

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk